**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO. 5:26-CR-50-MTT-CHW** |
| **KENNETH CHARLES EDMONDS, JR.,** | : | |
| **Defendant** | : | |

**ORDER TO UNSEAL INDICTMENT**

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 5:26-CR-50, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 5:26-CR-50, be unsealed.

SO ORDERED, this 27 day of October, 2026.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

*/s/ Monica L. Brown*
MONICA L. BROWN
Assistant United States Attorney